IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Aubert, Lanell | Case Number: 05 B 12466 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed: 4/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 14, 2008
Confirmed: May 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,084.50 | |
| Secured: | | 17,959.16 |
| Unsecured: | | 5,112.79 |
| Priority: | | 0.00 |
| Administrative: | | 1,694.00 |
| Trustee Fee: | | 1,318.55 |
| Other Funds: | | 0.00 |
| Totals: | 26,084.50 | 26,084.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,694.00 | 1,694.00 |
| 2. | Chicago Patrolmen's Fed Credit Union | Secured | 17,577.15 | 17,577.15 |
| 3. | Union Planters Mortgage | Secured | 17,565.20 | 382.01 |
| 4. | RoundUp Funding LLC | Unsecured | 413.37 | 1,163.47 |
| 5. | T Mobile USA | Unsecured | 136.51 | 384.25 |
| 6. | Portfolio Acquisitions | Unsecured | 56.32 | 158.54 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 104.00 | 292.73 |
| 8. | Chicago Patrolmen's Fed Credit Union | Unsecured | 146.80 | 413.22 |
| 9. | Chicago Patrolmen's Fed Credit Union | Unsecured | 372.88 | 1,049.58 |
| 10. | Peoples Energy Corp | Unsecured | 157.40 | 0.00 |
| 11. | American General Finance | Unsecured | 333.96 | 940.02 |
| 12. | SBC | Unsecured | 62.88 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 252.60 | 710.98 |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | $ 38,873.07 | $ 24,765.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 75.17 |
| 5.5% | 401.70 |
| 5% | 116.25 |
| 4.8% | 223.20 |
| 5.4% | 502.23 |
| | $ 1,318.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Aubert, Lanell | Case Number:  05 B 12466 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  4/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

